| | | | |
|---|---|---|---|
| McKinney v. State | 16–0215 | 12/21/2016 | Affirmed |
| T.D., Interest of | 16–0228 | 12/21/2016 | Affirmed in part, Vacated in part, and Remanded |
| State v. Rutherford | 16–0232 | 12/21/2016 | Sentences Vacated in part and Remanded |
| State v. Burkett | 16–0241 | 12/21/2016 | Affirmed |
| State v. Downs | 16–0260 | 12/21/2016 | Affirmed |
| Malloy, In re Marriage of | 16–0274 | 12/21/2016 | Affirmed |
| State v. Walker | 16–0289 | 12/21/2016 | Affirmed |
| Steltzer v. State | 16–0302 | 12/21/2016 | Affirmed |
| State v. Fritz | 16–0311 | 12/21/2016 | Affirmed |
| Gorden v. Mitchell Enterprises, L.L.C. | 16–0316 | 12/21/2016 | Affirmed |
| State v. Phillips | 16–0319 | 12/21/2016 | Reversed and Remanded |
| State v. Holden | 16–0322 | 12/21/2016 | Plea and Sentence Vacated; Case Remanded |
| State v. Porter | 16–0328 | 12/21/2016 | Affirmed |
| Yates v. State | 16–0349 | 12/21/2016 | Affirmed |
| State v. Henshaw | 16–0382 | 12/21/2016 | Affirmed |
| Anderson v. State | 16–0394 | 12/21/2016 | Affirmed |
| State v. Handt | 16–0400 | 12/21/2016 | Sentence Vacated and Remanded |
| Hoggatt v. Walton | 16–0404 | 12/21/2016 | Affirmed |
| Dillon, In re Marriage of | 16–0415 | 12/21/2016 | Affirmed as Modified |
| Renander v. High Country Development Company | 16–0424 | 12/21/2016 | Appeal Dismissed |
| State v. Kelley | 16–0464 | 12/21/2016 | Convictions Affirmed; Sentences Vacated, and Remanded for Resentencing |
| Crady v. State | 16–0537 | 12/21/2016 | Affirmed |
| Colvin, In re Marriage of | 16–0552 | 12/21/2016 | Reversed and Remanded |
| Smith v. Eaton | 16–0553 | 12/21/2016 | Affirmed as Modified |
| Hardgraves v. Koerselman | 16–0574 | 12/21/2016 | Remanded with Directions |
| State v. Ekstrand | 16–0606 | 12/21/2016 | Affirmed |
| Alvarez v. Rivera | 16–0615 | 12/21/2016 | Affirmed |
| C.M.–G., Interest of | 16–0718 | 12/21/2016 | Affirmed |
| Delire v. Key City Transport, Inc. | 16–0720 | 12/21/2016 | Affirmed |
| Malek v. State | 16–0748 | 12/21/2016 | Affirmed |
| State v. Crawford | 16–0771 | 12/21/2016 | Affirmed |
| State v. Rouse | 16–0788 | 12/21/2016 | Affirmed |